IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| OMAR RAO,<br><br>          PLAINTIFF,<br><br>v.<br><br>ALL SOLUTIONS INC. and<br>NALIT PATEL,<br><br>          DEFENDANTS. | CIVIL ACTION NO. 15-6732 |

### NOTICE OF VOLUNTARY DISMISSAL

Plaintiff respectfully requests, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A) that this matter be marked DISMISSED with prejudice. No Defendant has filed either an Answer to the Complaint or a Motion for Summary Judgment.

                              Very respectfully submitted,

                              BELL & BELL LLP

           By:    _/s/ James A. Bell IV_
                              James A. Bell IV, Esquire
                              Attorneys for Plaintiff

DATED: April 25, 2016